# UNITED STATES DISTRICT COURT

for the

District of South Carolina

|  |  |  |
|---|---|---|
| Angelia Paschal Taylor | ) | |
| *Plaintiff* | ) | |
| v. | ) | |
| Nancy A. Berryhill, Acting Commissioner of Social Security | ) | Civil Action No.: 5:16-3508-BHH |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: The Commissioner's final decision denying benefits is confirmed.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, adopting the Report and Recommendation of the Honorable Kaymani D. West, United States Magistrate Judge.


|  |  |
|---|---|
| | ROBIN L. BLUME |
| Date: March 19, 2018 | *CLERK OF COURT* |
| | |
| | s/Glenda J. Nance |
| | *Signature of Clerk or Deputy Clerk* |